**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00488-CR
No. 05-13-00489-CR
No. 05-13-00490-CR
No. 05-13-00505-CR

**LUIS ALFREDO JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F10-35332-I, F11-35928-I, F11-35929-I, F11-35930-I**

## ORDER

The State's brief in this case was due to the Court on January 2, 2014. The Court is gravely concerned about counsel for the State taking no steps to request additional time to file its brief for over fifty days since its brief was initially due. The basis for extension was given as follows:

The undersigned attorney was out of the office several days during the week of Christmas; January 1 and 20, 2014, were county holidays; the office was closed due to inclement weather more than one day; and the undersigned attorney was out of the office two days due to illness during this time.

Only two of these purported impediments to timely filing are before the initial brief deadline of January 2, 2014.

Nevertheless, in the interest of justice and to avoid default by the State, the Court **GRANTS** the state's February 26, 2014 motion for extension of time to file state's brief, but notes its grave reservations in doing so.

We **ORDER** the Clerk of Court to file the state's brief as of the date of this order.

/s/    DOUGLAS S. LANG
         JUSTICE